Adam P. Segal, Esq.
Nevada Bar No. 6120
Dana B. Krulewitz, Esq.
Nevada Bar No. 11180
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FLOPPY MOP, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:10-cv-01603-KJD-GWF<br><br><br><br>**ORDER FOR DEFAULT JUDGMENT AGAINST FLOPPY MOP, INC.** |

Before the Court is Plaintiffs' Application for Default Judgment against Defendant Floppy Mop, Inc. ("Floppy Mop"). Default has been entered against Floppy Mop, and the Court having reviewed the documents on file in this case and being fully advised:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Floppy Mop in the amount of $535,158, representing delinquent contributions,

20052\268\1491921.1

liquidated damages, interest, administrative fees, attorney fees and costs, costs to execute on the judgment and court costs to the Trust Funds.

DATED this 24th day of Janaury, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
BROWNSTEIN HYATT FARBER SCHRECK, LLP

_____
Adam P. Segal, Esq., Nevada Bar No. 6120
Dana B. Krulewitz, Esq., Nevada Bar No. 11180
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs