1  **THE URBAN LAW FIRM**
   MICHAEL A. URBAN, Nevada State Bar No. 3875
2  NATHAN R. RING, Nevada State Bar No. 12078
   SETH T. FLOYD, Nevada State Bar No. 11959
3  4270 S. Decatur Blvd., Suite A-9
   Las Vegas, Nevada 89103
4  Telephone: (702) 968-8087
   Facsimile: (702) 968-8088
5  Electronic Mail:  murban@theurbanlawfirm.com
                     nring@theurbanlawfirm.com
6                    sfloyd@theurbanlawfirm.com
   *Counsel for Plaintiffs*
7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10 | TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, | Case No. 2:10-cv-01603-KJD-GWF |

Plaintiffs,

vs.

FLOPPY MOP, INC., a Nevada Corporation,

Defendants.

**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS**

        Pursuant to Local Rule IA 10-6(c), Plaintiffs, through their counsel of record Adam P. Segal, Esq., Bryce C. Loveland, Esq., and Ryan C. Curtis, Esq., of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and respectfully request that the Court allow the withdrawal of Adam P. Segal, Esq., Bryce C. Loveland, Esq., and Ryan C. Curtis, Esq. of Brownstein Hyatt Farber Schreck, LLP and substitution of Michael A. Urban, Esq, Nathan R. Ring, Esq., and Seth T, Floyd, Esq., of The Urban Law Firm as counsel of record for Plaintiffs.

1

2    Dated: January 18, 2017                    **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

3                                               _/s/ Adam Segal_
                                                Adam Segal, Esq., Nevada Bar No. 6120
4                                               100 North City Parkway, Suite 1600
                                                Las Vegas, Nevada 89106-4614
5                                               Telephone:  (702) 382-2101
                                                Facsimile:   (702) 382-8135
6                                               _Attorneys for Plaintiffs_

7    Dated: January 19, 2017                    **THE URBAN LAW FIRM**

8                                               _/s/ Seth T. Floyd_
9                                               Michael A. Urban, Esq., Nevada Bar No. 3875
                                                Nathan R. Ring, Esq., Nevada State Bar No. 12078
10                                              Seth T. Floyd, Esq., Nevada State Bar No. 11959
                                                4270 S. Decatur Blvd., Suite A-9
11                                              Las Vegas, Nevada 89103
                                                Telephone:  (702) 968-8087
12                                              Facsimile:   (702) 968-8088
                                                _Substituting Attorney for Plaintiffs_
13

14                                              _/s/ Thomas White_
15   Dated: January 19, 2017                    Thomas White, Chairman
                                                Laborers Joint Trust Funds
16                                              2345 Red Rock Street, Suite 300
                                                Las Vegas, NV 89146
17                                              Telephone:  (702) 318-6760
                                                Facsimile:  (702) 318-6761
18                                               _On behalf of the Plaintiffs_

19

20

21

22   Dated: January 20, 2017                    **IT IS SO ORDERED**:

23

24                                              _George Foley Jr._
                                                _____
25                                              UNITED STATES MAGISTRATE JUDGE

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of The Urban Law Firm and that on this 19th day of January, 2017, I served a true copy of the foregoing **STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** upon the following parties:

A.  Via the Court's CM/ECF filing system:

Adam P. Segal
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

Bryce C. Loveland
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89149

Ryan C. Curtis, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89149

B.  By First Class Mail, Postage paid to:

Floppy Mop Services, Inc.
6130 W. Flamingo Rd., #434
Las Vegas, NV 89103
*Judgment Debtor*

Floppy Mop Services, Inc.
c/o Sheryl Archie
4201 S. Decatur Ste. 4-1006
Las Vegas, NV 89103
*Judgment Debtor*

**I declare under penalty of perjury that the foregoing is true and correct.**

*/s/ April Denni*
An Employee of The Urban Law Firm