**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SETH T. FLOYD, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
                              nring@theurbanlawfirm.com
                              sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FLOPPY MOP, INC., a Nevada Corporation,<br><br>Defendants. | Case No. 2:10-cv-01603-KJD-GWF<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** |

Pursuant to Local Rule IA 10-6(c), Plaintiffs, through their counsel of record Aaron B. Fricke, hereby stipulate and respectfully request that the Court allow the withdrawal of Aaron B. Fricke and substitution of Michael A. Urban, Esq, Nathan R. Ring, Esq., and Seth T, Floyd, Esq., of The Urban Law Firm as counsel of record for Plaintiffs.

| | | |
|---|---|---|
| 1 | Dated: January 24, 2017 | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |

Dated: January 24, 2017

   */s/ Aaron B. Fricke*
Aaron B. Fricke
Fricke Law Ltd.
One East Liberty Street
Suite 600
Reno, NV 89501
*Attorneys for Plaintiffs*

Dated: January 24, 2017

**THE URBAN LAW FIRM**

   */s/ Nathan R. Ring*
Michael A. Urban, Esq., Nevada Bar No. 3875
Nathan R. Ring, Esq., Nevada State Bar No. 12078
Seth T. Floyd, Esq., Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone:  (702) 968-8087
Facsimile:   (702) 968-8088
*Substituting Attorney for Plaintiffs*

   */s/ Thomas White*
Dated: January 24, 2017
Thomas White, Chairman
Laborers Joint Trust Funds
2345 Red Rock Street, Suite 300
Las Vegas, NV 89146
Telephone:  (702) 318-6760
Facsimile:   (702) 318-6761
*On behalf of the Plaintiffs*

Dated: January 25, 2017   **IT IS SO ORDERED**:

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of The Urban Law Firm and that on this 24th day of January, 2017, I served a true copy of the foregoing **STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** upon the following parties:

A. Via the Court's CM/ECF filing system:

  Aaron B. Fricke
  Fricke Law Ltd.
  One East Liberty Street
  Suite 600
  Reno, NV 89501

B. By First Class Mail, Postage paid to:

  Floppy Mop Services, Inc.
  6130 W. Flamingo Rd., #434
  Las Vegas, NV 89103
  *Judgment Debtor*

  Floppy Mop Services, Inc.
  c/o Sheryl Archie
  4201 S. Decatur Ste. 4-1006
  Las Vegas, NV 89103
  *Judgment Debtor*

**I declare under penalty of perjury that the foregoing is true and correct.**

　　　　　　　　　　　　　　　*/s/ April Denni*
　　　　　　　　　　　　　　　An Employee of The Urban Law Firm